IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02279-PSF-PAC

BONNIE WELLS,

    Plaintiff(s),

v.

DYNAMIC RESTAURANTS LLC, a Tennessee Limited Liability Company;
d/b/a DYNAMIC MANAGEMENT and d/b/a DENNY'S RESTAURANT,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that a Settlement Conference is set for **July 12, 2005 at 1:30 p.m.**  Confidential Settlement Statements are due on or before **July 8, 2005.** ***Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 21, 2005