IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02279-PSF-PAC

BONNIE WELLS,

    Plaintiff,

v.

DYNAMIC RESTAURANTS LLC, a Tennessee Limited Liability Company;
d/b/a DYNAMIC MANAGEMENT and d/b/a DENNY'S RESTAURANT,

    Defendants.

---

**ORDER SETTING CASE FOR TRIAL**

---

The above-captioned matter has been scheduled for a **three-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **February 13, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **February 6, 2006 at 8:30 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

DATED: October 14, 2005

                        BY THE COURT:

                        s/ Phillip S. Figa
                        _____
                        Phillip S. Figa
                        United States District Judge