IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02279-PSF-PAC

BONNIE WELLS,

    Plaintiff,

v.

DYNAMIC RESTAURANTS LLC, a Tennessee Limited Liability Company;
d/b/a DYNAMIC MANAGEMENT and d/b/a DENNY'S RESTAURANT,

    Defendants.

## ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE

This matter comes before the Court on the parties' joint motion to vacate the settlement conference set for January 5, 2006 before Magistrate Judge Coan (Dkt. # 36). The motion is GRANTED, but the parties are directed to re-schedule the settlement conference with the Magistrate Judge for a date no later than January 25, 2006. The parties' joint motion for leave to appear telephonically (Dkt. # 37) is DENIED as moot.

DATED: January 3, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge