IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 1:04-cv-02279-PSF-PAC

BONNIE WELLS,

    Plaintiff,

v.

DYNAMIC RESTAURANTS LLC, a Tennessee Limited Liability Company, d/b/a DYNAMIC MANAGEMENT and d/b/a DENNY'S RESTAURANT,

    Defendant.

___

## ORDER
___

This matter coming before the Court upon the parties' Stipulated Motion for Dismissal (Dkt. # 44), and the Court being fully advised, it is hereby

ORDERED that the motion is GRANTED and this case is DISMISSED with prejudice, each party to bear her or its own costs and attorneys' fees.

DATED: January 26, 2006

                      BY THE COURT:

                      *s/ Phillip S. Figa*
                      _____
                      Phillip S. Figa
                      United States District Judge